IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 2:12cr127** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAVID LEE JONES, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S OBJECTIONS TO THE PRESENTENCE REPORT

The United States of America, through its representative Amy E. Cross, Special Assistant United States Attorney, and notes the following objections to the Presentence Investigation Report ("PSR"), prepared by the United States Probation Office.

1. With regard to the Defendant's Charge(s) and Conviction(s) under PART A of the Pre-Sentence Investigation Report, the United States would respectfully add that, in addition to the described conduct violating the Defendant's bond, the Defendant also tested positive for narcotics while on pre-trial release and attempted to use stored urine to falsify test results during testing with the United States Probation Department. These behaviors combined with those described in the pre-sentence investigation report were the grounds for the Defendant's bond revocation on August 17, 2012. PSR ¶ 3.

2. Since the entry of the Defendant's guilty plea, CD#1, Keith Allen Taylor, has entered a guilty plea before this Honorable Court. In his Statement of Facts, Taylor agreed that he imported between one and three kilograms of Methylone from China ten or eleven times since the summer of 2011. He also admitted and maintained that he provided co-defendant David

Jones, III, with two to three kilograms of Methylone (or "Molly") every two to three weeks during the conspiracy. *See United States v. Keith Allen Taylor*, 2:12cr185, Statement of Facts ¶¶ 2, 4. The United States notified the U.S. Probation Office of this information so drug weights could be accurately attributed to the Defendant.

Having reviewed the PSR, the United States has no further objections, corrections or additions at the time of this filing.

Respectfully submitted,

By: _____/s/_____
Amy E. Cross
Special Assistant United States Attorney
Virginia State Bar No. 45289
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number (757)441-6331
Facsimile Number (757)441-6689
E-Mail Address - amy.cross@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to the following:

Benjamin H. Hamlet, Esquire
1244 Perimeter Parkway, Suite 441
Virginia Beach, Virginia 23454

I HEREBY CERTIFY that on this 19th day of February, 2013, I mailed/electronically sent a true and correct copy of the foregoing to the following:

Karen R. Franklin
U.S. Probation Officer
1001 Omni Boulevard, Suite 300
Newport News, Virginia 23606

By:   _____/s/_____
Amy E. Cross
Special Assistant United States Attorney
Virginia State Bar No. 45289
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Email: amy.cross@usdoj.gov