# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

June 17, 2013

United States Attorney's Office
Norfolk, Virginia

SUBJECT: Release of Exhibits: JONES, David Lee III
Criminal Number: 2:12cr127-001

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to counsel for the United States.

*Paper Exhibits from 3/13/2013 Sentencing Hearing;*

Please acknowledge receipt of these exhibits on the attached copy of this letter within ten (10) days from the above date.

FERNANDO GALINDO, Clerk

BY: *[signature]*

Brad Newell, Deputy Clerk

_____
AUSA Amy Cross

June 20, 2013
_____
Date Exhibits Received