IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:12CR127 |
| | ) | |
| DAVID LEE JONES, III, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF PUBLICATION
AND FINALITY OF CONSENT ORDER OF FORFEITURE**

NOW COMES the United States and represents as follows:

WHEREAS, on March 13, 2013, this Court entered a *Consent Order of Forfeiture* (Document 73) as to defendant DAVID LEE JONES, III, ordering the forfeiture of the following property:

> A. One (1) .32 caliber Smith & Wesson revolver, serial number 340274, and not less than six (6) .32 caliber rounds of ammunition; and
>
> B. $1000 in U.S. currency seized from co-defendant David Lee Jones, III.

AND WHEREAS the United States published on an official government website (www.forfeiture.gov) for thirty (30) consecutive days, beginning on March 27, 2013, and ending on April 25, 2013, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and evidenced by the attached Declaration and Advertisement, notice of this forfeiture action and the intention of the United States to dispose of the property in accordance with the law and as specified in the *Consent Order of Forfeiture*, and further notified all third parties, if any, of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their legal interest in the property;

AND WHEREAS no petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired;

AND WHEREAS the *Consent Order of Forfeiture* provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2);

Accordingly, all right, title, and interest in the subject property have been forfeited to the United States of America in accordance with the *Consent Order of Forfeiture*, and may be disposed of according to law.

    Respectfully submitted,

    Dana J. Boente
    Acting United States Attorney

By:      /s/
    Scott W. Putney
    Assistant United States Attorney
    VSB No. 35209
    Attorney for the United States
    United States Attorney's Office
    101 W Main Street, Suite 8000
    Norfolk, Virginia 23510
    Office Number: (757) 441-6331
    Facsimile Number: (757) 441-6689
    Email Address: scott.putney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 4th day of October 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to:

>Benjamin Harrison Hamlet
>Benjamin Harrison Hamlet, PLLC
>1244 Perimeter Pkwy, Suite 441
>Virginia Beach, VA 23454
>(757) 213-5191
>Fax: (757) 301-9625

By: _____/s/_____
Scott W. Putney
Assistant United States Attorney
VSB No. 35209
Attorney for the United States
United States Attorney's Office
101 W Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: scott.putney@usdoj.gov