IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:12CR127 |
| | ) | |
| DAVID LEE JONES, III, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Based on my review of records documenting publication of notice, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 27, 2013, and ending on April 25, 2013, as directed by the Attorney General pursuant to 21 U.S.C. §853(n)(1) following the procedures prescribed by Rule 32.2 (b)(6)(C) of the Federal Rules of Criminal Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2013 at Newport News, VA.

_____
Lesley T. Harris

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# COURT CASE NUMBER: 2:12CR127; NOTICE OF FORFEITURE

Notice is hereby given that on March 13, 2013, in the case of U.S. v. David Lee Jones, III, Court Case Number 2:12CR127, the United States District Court for the Eastern District of Virginia entered an Order condemning and forfeiting the following property to the United States of America:

One (1) Smith & Wesson revolver, serial number 340274, and not less than six (6) .32 caliber rounds of ammunition; and

$1000 U.S. currency seized from co-defendant David Lee Jones, III.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 27, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, VA 23510, and a copy served upon Assistant United States Attorney Scott Putney, 101 W. Main Street, Suite 8000, Norfolk, VA 23510. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.